UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2438 PAM/JGL

| | | |
|---|---|---|
| ELISA UMPIERRE and EVANGELINE DEVLIN, Plaintiffs, | ) | |
| v. | ) | ORDER |
| UNITED STATES DRUG ENFORCEMENT ADMINISTRATION, Defendant. | ) | |

Upon application of Defendant, no hearing hereon being deemed necessary, and for good cause shown, it is hereby

ORDERED that Defendant United States Drug Enforcement Administration shall be, and hereby is, granted an extension of time to respond to the Complaint of Plaintiff to February 2, 2001.

Dated: Jan 4, 2001

JONATHAN G. LEBEDOFF
United States Magistrate Judge

JAN 03 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD