UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2438 PAM/JGL

ELISA UMPIERRE AND EVANGELINE DEVLIN,

Plaintiffs,

v.

UNITED STATES DRUG ENFORCEMENT ADMINISTRATION,

Defendant.

**O R D E R**

Pursuant to the Stipulation by the parties, no hearing hereon being deemed necessary, and for good cause shown, it is hereby

ORDERED that the Defendant shall be, and hereby is, granted an extension of time to respond to the Complaint of Plaintiffs to March 12, 2001.

Dated: Jan. 19, 2001

JONATHAN G. LEBEDOFF
United States Magistrate Judge

JAN 19 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK