UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2438 (PAM/JGL)

ELISA UMPIERRE, et al.,

Plaintiffs,

v.

**PRETRIAL ORDER**

DRUG ENFORCEMENT AGENCY,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Plaintiffs shall disclose all expert witnesses by September 1, 2001; Defendant shall disclose all expert witnesses by October 1, 2001;

2. The period during which the parties may seek discovery shall be completed by March 1, 2002;

3. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to March 1, 2002;

4. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to April 1, 2002; and

5. This case will be considered "ready for trial" as of May 1, 2002.

DATED: May 21, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

MAY 22 2001
Filed__________
Francis E. Dosal, Clerk
Judgment Entd.__________
Deputy Clerk__________